# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2022

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re:  Case No. 21-5863, *Theresa Hoogland v. City of Maryville, TN, et al*
     Originating Case No. : 3:19-cv-00383

Dear Ms. Wilson,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Divya Kumar
                                    For Antoinette Macon, Case Manager

cc:  Mr. Craig L. Garrett
     Mr. Benjamin K. Lauderback
     Mr. Daniel Roberts Pilkington
     Mr. Gary M. Prince
     Mr. Nathaniel Craig Strand
     Mr. Jonathan Swann Taylor

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-5863

_____

Filed: June 29, 2022

THERESA HOOGLAND

    Plaintiff - Appellant

v.

CITY OF MARYVILLE, TN, a governmental entity; MATTHEW WATSON, Individually; ELIZABETH RIFFLE, Individually; SCOTT SPICER, Individually; HAROLD WEEDEN, Individually; DARIN G. GALLOW, Individually; CHRISTOPHER J. PIERCE, Individually; DEPUTY JUSTIN BECKMAN, Individually; BLOUNT COUNTY, TN, a governmental entity; JOHN AND JANE DOES, 1-10

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 06/01/2022 the mandate for this case hereby issues today.

  COSTS: None